## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | **8:23CR27** |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **TONY TORRES PEREZ,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [47]. The parties need additional time to resolve this matter short of trial. The undersigned magistrate judge finds good cause to grant the continuance. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [47] is granted as follows:

1. The jury trial, now set for August 20, 2024, is continued to **November 5, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 5, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 9, 2024**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**